UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
)
VIRAY, ERLINDA P. ) Case #: 6:10-bk-22800-ABB
) Chapter 7
)
    Debtor )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801,and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---|---|
| 2005 Toyota Scion | $5,975.00 | $3,078.00 |

2. Method of Sale: The Property will be sold to a private party on or after November 2, 2011. The name and address of the private party, hereinafter referred to as the "Private Party" is:

    ERLINDA P. VIRAY, **DEBTOR**
    348 FERN LAKE DRIVE
    ORLANDO, FL 32825

3. Property Information and Insurance: The debtor(s) valued the Property on Schedule B of the bankruptcy petition dated December 29, 2010 at $5,975.00. The property has been not been appraised as an appraisal would be burdensome to the estate. The sales price was determined by the description and condition as reported by the Debtor and allowing for the Debtor's exemptions, costs of pickup, storage,

and sale. The debtor(s) maintain insurance on the Property and has agreed to name the Trustee as loss payee.

4. <u>Terms of the Sale</u>: The selling price to the Private Party is $3,078.00 to be paid in 12 consecutive monthly installment payments in the amount of $256.50 per month beginning September 1, 2011. The debtor(s) also agree to turn over the exempt portion of her 2011 income tax refund and apply it to the buyback. The Trustee acknowledges receipt of the initial payment. The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances. The debtor is entitled to claim a $1,000.00 automobile exemption in the Property.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:
   Lien holder name & address                Amount of Lien
   **NO KNOWN LIENS OR ENCUMBRANCES**

The Trustee has noted all liens of which he has knowledge. However, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids much be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated: October 12, 2011

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
Office: (407) 425-7010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, Florida 32801 this October 12, 2011.

                                                          /s/ Richard B. Webber II, Trustee
                                                           Richard B. Webber II, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-22800-ABB<br>Middle District of Florida<br>Orlando<br>Wed Oct 12 11:28:36 EDT 2011 | BAC Home Loans Servicing<br>Law Offices Of Daniel C. Consuegra<br>c/o Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | EMC MORTGAGE CORPORATION<br>Law Offices of Marshall C Watson<br>1800 NW 49th Street<br>Suite 120<br>Ft. Lauderdale, FL 33309-3092 |
| Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank NA<br>Law Offices of Marshall C. Watson, PA<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| VT Inc. as Trustee of World Omni LT<br>c/o Matthew Scott, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Erlinda P Viray<br>348 Fern Lake Dr.<br>Orlando, FL 32825-5030 | Dyck-ONeal, Inc.<br>PO Box 13370<br>Arlington, TX 76094-0370 |
| ADVANTA BANK CORP<br>30955 NORTHWESTERN HWY<br>FARMINGTON HILLS, MI 48334-2580 | AMERICAN EXPRESS/PORTFOLIO RECOVERY ASSO<br>POB 12914<br>NORFOLK, VA 23541-0914 | America Express<br>POB981537<br>El Paso, TX 79998 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | BAC HOME LOANS/COUNTRYWIDE<br>450 AMERICAN ST #SV416,<br>SIMI VALLEY, CA 93065-6285 | BAC Home Loans<br>450 AMERICAN ST #SV416,<br>SIMI VALLEY, CA 93065-6285 |
| BAC Home Loans Servicing, LP<br>Mail stop: TX2-982-03-03<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | BANK OF AMERICA N.A<br>P.O.BOX 26012.NC4-105-02-99<br>Greensboro,NORTH CAROLINA 27420-6012 | BANK OF AMERICA N.A.<br>PO BOX 15710<br>WILMINGTON, DE 19886-5710 |
| BANK OF AMERICA N.A.<br>PO BOX 15721<br>WILMINGTON, DE 19886-5721 | BANK OF AMERICA, N.A.<br>4161 PIEDMONT PKWY,<br>GREENSBORO, NC 27410-8119 | BELLA TRAE COMMUNITY ASSN, INC.<br>LARSEN & ASSOC.<br>55 E. PINE ST.<br>ORLANDO, FL 32801-2617 |
| Bush, Ross<br>1801 N. Highland Avenue<br>Tampa, FL 33602-2656 | CAPITAL ONE, F.S.B./PLAZA<br>PO BOX 650010<br>DALLAS, TX 75265-0010 | CARTER GLEN CONDOMINIUM ASSN. INC.<br>C/O BUSH/ROSS<br>1801 N HIGHLAND AVE,<br>TAMPA, FL 33602-2656 |

| | | |
|---|---|---|
| CHARLES TOWNE AT PARK CENTRAL CONDO. ASS<br>C/O TAYLOR & CARLS<br>850 CONCOURSE PKWY S,<br>MAITLAND, FL 32751-6145 | CHASE BANK USA<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CHASE BANK USA/LTD FINANCIAL SERVICES<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 |
| CHASE MANHATTAN MORTGAGE<br>PO BOX 24696,<br>COLUMBUS, OH 43224-0696 | CHASE/KOHL'S<br>PO BOX 2983<br>MILWAUKEE, WI 53201-2983 | CITIFINANCIAL RETAIL SERVICES<br>2035 W 4TH ST<br>TEMPE, AZ 85281-7206 |
| COBBLESTONE PARK HOMEOWNERS ASSN<br>PO BOX 71055,<br>CHARLOTTE, NC 28272-1055 | CREDIT ONE/WELLS FARGO<br>PO BOX 625<br>METARIE, LA 70004-0625 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 |
| Creditone, LLC<br>PO Box 625<br>Metairie, LA 70004-0625 | DCS/UNITED GUARANTY COMM INS CO OF NC<br>POB 9057,<br>PLEASANTON, CA 94566-9057 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | EMC MORTGAGE CORPORATION<br>PO BOX 15298,<br>WILMINGTON, DE 19850-5298 | FIRST EQUITY PLATINUM BUSINESS (CENTRAL)<br>PO BOX 84075<br>COLUMBUS, GA 31908-4075 |
| Federated Financial Corp of America<br>30955 Northwestern Highway<br>Farmington Hills, MI    48334-2580 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| GE MONEY BANK<br>PO BOX 981439<br>EL PASO. TX 79998-1439 | GE MONEY BANK LOWE'S<br>PO BOX 530970<br>ATLANTA, GA 30353-0970 | HOME DEPOT CREDIT SERVICES<br>PROCESSING CENTER<br>DES MOINES, IA 50364-0500 |
| HSBC CARD SERVICES<br>PORTFOLIO RECOVERY ASSOC.<br>120 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502-4962 | Hodges, Avrutis & Foeller, PA<br>889 N. Washington Blvd.<br>Sarasota, FL 34236-4207 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV FUNDING<br>PO BOX 10497<br>GREENVILLE, SC 29603-0497 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Larsen & Associates, PA<br>55 East Pine Street<br>Orlando, FL 32801-2617 |
| MINOL, L.P.<br>PO BOX 650320<br>DALLAS, TX 75265-0320 | MTGLQ<br>C/O LCS FINANCIAL SERVICES<br>6782 S. POTOMAC ST #100<br>CENTENNIAL, CO 80112-3915 | Mercantile Bank<br>POB 100201<br>Columbia SC 29202-3201 |

| | | |
|---|---|---|
| OAK HARBOR CAPITAL LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | OCWEN<br>1661 WORTHINGTON RD, STE 3991<br>WEST PALM BEACH, FL 33409-6488 | OFFICE DEPOT<br>POB 689020<br>DES MOINES, IA 50368-9020 |
| OFFICE DEPOT BUSINESS<br>POB 88040<br>CHICAGO, IL 60680-1040 | ONE BEDROOM CONDO ASSN<br>1 HAMMOCK BEACH PARKWAY,<br>PALM COAST, FL 32137-0304 | ONEWEST BANK/INDYMAC<br>6900 BEATRICE DR,<br>KALAMAZOO, MI 49009-9559 |
| ORLANDO HEALTH<br>POB 620000 STOP 9936<br>ORLANDO, FL 32891-9936 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | PINNACLE<br>7900 HIGHWAY 7, # 100,<br>ST LOUIS PARK, MN 55426-4045 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SAND LAKE IMAGING, LLP<br>PO BOX 158<br>LANDISVILLE, PA 17538-0158 | SKO BRENNER AMERICAN<br>40 DANIEL STREET<br>POB 230<br>FARMINGDALE, NY 11735-0230 |
| SUMMERPORT RES. PROPERTY OWNERS ASSN.<br>C/O TAYLOR & CARLS -<br>850 CONCOURSE PKWY S,<br>MAITLAND, FL 32751-6145 | SUNTRUST<br>PO BOX 85526,<br>RICHMOND, VA 23285-5526 | SVO MANAGEMENT, INC./VISTANA MANAGEMENT,<br>C/O SHAWN O'BRIEN -<br>9002 SAN MARCO ST.<br>ORLANDO, FL 32819-8600 |
| Taylor & Carls, PA<br>850 Concourse Pkwy South, Ste 105<br>Maitland, FL 32751-6145 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United Guaranty Residential Insurance Co of<br>PO Box 20327<br>Greensboro, NC 27420-0327 |
| VILLAGE WALK AT LAKE NONA<br>C/O THE LANDARC GROUP,<br>POB 60396<br>PHOENIX, AZ 85082-0396 | VT Inc. as Trustee of World Omni LT<br>PO Box 991817<br>Mobile, AL 36691-8817 | WORLD OMNI CORP.<br>PO BOX 91614,<br>MOBILE, AL 36691-1614 |
| Wagner & Hunt, PA<br>POB 934788<br>Margate, FL 33093-4788 | Wakefield & Associates, Inc.<br>3091 S. Jamaica Court, Ste 200<br>Aurora, CO 80014-2639 | Zenith Acquisition Corp<br>170 Northpointe Pwky<br>Suite 300<br>Amherst, NY 14228-1992 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Eric L Bolves +<br>Eric L Bolves Esquire<br>2110 East Robinson Street<br>Orlando, FL 32803-6098 | Scott R. Weiss +<br>Law Office of Marshall C. Watson, P.A.<br>1800 NW 49th Street, Ste 120<br>Ft. Lauderdale, FL 33309-3092 |
| Connie J Delisser +<br>The Law Office of Marshall C Watson PA<br>1800 Northwest 49th Street<br>Suite 120<br>Fort Lauderdale, FL 33309-3092 | Matthew H Scott +<br>Tripp Scott, PA<br>110 Southeast Sixth Street, 15th Fl<br>Ft Lauderdale, FL 33301-5004 | Atlas Acquisitions LLC +<br>Attn: Avi Schild<br>294 Union Street<br>Hackensack, NJ 07601-4303 |

| Joshua D Donnelly + | Richard B Webber, Trustee + | Nicole M Mariani + |
| --- | --- | --- |
| Law Offices of Daniel C. Consuegra | Post Office Box 3000 | Kass, Shuler, Solomon, Spector, etal |
| 9204 King Palm Drive | Orlando, FL 32802-3000 | PO Box 800 |
| Tampa, FL 33619-1328 | | Tampa, FL 33601-0800 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| DISCOVER FINANCIAL SERVICES LLC | Internal Revenue Service | Portfolio Recovery Associates, LLC |
| --- | --- | --- |
| PO BOX 15316 | Post Office Box 21126 | PO Box 41067 |
| WILMINGTON, DE 19850 | Philadelphia PA 19114 | Norfolk VA 23541 |

| (d)Portfolio Recovery Associates, LLC | U.S. BANK | (d)US BANK |
| --- | --- | --- |
| POB 41067 | POB 108 | POB 108, |
| Norfolk VA 23541 | ST LOUIS, MO 63166 | ST LOUIS, MO 63166 |

| (d)US Bank N.A. | (d)US Bank N.A. | |
| --- | --- | --- |
| Bankruptcy Department | P.O. Box 5229 | |
| P.O. Box 5229 | Cincinnati, OH 45201 | |
| Cincinnati, OH 45201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Bank of America, N.A. | (u)Arthur B. Briskman | (d)Bank of America, N.A. |
| --- | --- | --- |
| | Orlando | P.O. Box 26012, NC4-105-02-99 |
| | | Greensboro, North Carolina 27420-6012 |

End of Label Matrix
Mailable recipients    92
Bypassed recipients     3
Total                  95